IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
Civil Case No.: 5:14-CV-00686-FL

| | |
|---|---|
| THE UNITED STATES FOR THE USE AND BENEFIT OF ALLEN GRADING COMPANY, INC., <br><br> Plaintiff, <br><br> v. <br><br> LIBERTY MUTUAL INSURANCE COMPANY AND TYLER CONSTRUCTION GROUP, INC., <br><br> Defendants. | **ORDER GRANTING MOTION TO LIFT STAY** |

Upon motion of Plaintiff The United States for the Use and Benefit of Allen Grading Company, Inc. ["AGC"], and for good cause shown, the Order previously entered in the above captioned action on December 10, 2014 staying this case pending the outcome of the arbitration involving AGC and Liberty Mutual Insurance Company and Tyler Construction Group, Inc. is hereby lifted.

This the 28th day of _____October_____, 2016.

_____
The Honorable Louise W. Flanagan